

ORDERED in the Southern District of Florida on October 12, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In Re:                                              CHAPTER 13
Maria Gladys Montoya,                  CASE NO. 14-30832-LMI
        Debtor(s).
_____/

### ORDER ON CREDITOR, THE FOUR AMBASSADORS ASSOCIATION, INC.'S, MOTION FOR RELIEF FROM AUTOMATIC STAY [ECF #82]

THIS CAUSE came before the Court for hearing on Tuesday, October 6, 2015 at 9:00 a.m., on the Motion for Relief from Automatic Stay [ECF # 82] (the "Motion") of secured creditor, The Four Ambassadors Association, Inc. ("Four Ambassadors"). After considering the record in this case and the arguments of counsel at the hearing, and for all of the reasons stated orally and recorded in open Court, it is hereby

**ORDERED** that

1

1. The Motion for Relief from Automatic Stay is **GRANTED**.

2. The automatic stay imposed under 11 U.S.C. § 362 is lifted with respect to the Debtor, Maria Gladys Montoya's (hereinafter "Debtor"), real property located at 801 Brickell Bay Drive, Unit 761, Miami, Florida 33131 (the "Property"), which bears the following legal description:

> UNIT 761, THE FOUR AMBASSADORS, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN THE OFFICIAL RECORDS BOOK 11121, PAGE 1614, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA AS AMENDED, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Four Ambassadors to pursue its lawful *in rem* remedies as to the Property. The lifting of the automatic stay shall only relate to the any pre-petition amounts owed by the Debtor to the Four Ambassadors.

4. The Four Ambassadors' request for attorneys' fees and costs is denied.

5. The Court retains jurisdiction to enforce the terms of this Order.

###

Submitted by:
Richard R. Robles, Esquire
Attorney for the Four Ambassadors Association, Inc.
Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive, Suite 228
Miami, Florida 33131
Phone: (305) 755-9200
Facsimile (305) 755-9270

Attorney Robles is directed to mail a conformed copy of this Order to all parties in interest and to file a Certificate of Service with the Court.